## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,** | |
| **Plaintiff,** | |
| **v.** | **Case No.  1:21-cv-01246-CFC** |
| **BLEACHER REPORT, INC.,** | |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed before service by the defendant of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Respectfully Submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 1001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorney for Plaintiff*